DORA GARDINER, Libelant, *vs.* FRANK H. GARDINER.

· Piscataquis.   Opinion June 24, 1880.

*Change of a writ before service.   Amendment of the date of a writ.*

After the time for the service of a writ, for the return term, has expired, and no service has been made, the return day may be changed to the next succeeding term.

An amendment substituting the real for the apparent date of a writ may be allowed in the discretion of the court.

ON REPORT.

LIBEL FOR DIVORCE inserted in a writ.

The presiding justice overruled a motion to dismiss, and granted leave to amend the date of the writ.   The facts sufficiently appear in the opinion.   It was agreed if the rulings of the presiding justice were sustained, that the case is to stand for trial, otherwise it is to be dismissed.

*Henry Hudson,* for the libelant.

*V. A. & M. Sprague,* for the libelee.

VIRGIN, J.   The writ was originally dated August 18, and made returnable to the next term thereafter—the second Tuesday of September, following.   After the time of service for that term had expired, the libelant, learning that the writ had not been served, caused the return day to be changed to the next succeeding (February) term.   He might properly have changed the date to the time when the change in the return day was made, but did not; and the writ having been seasonably served after the alteration of the return day, was entered bearing its original date.   The real date of the writ was no longer August 18, but September 27—when the alteration was made; and the presiding justice properly exercised his discretionary authority by allowing the apparent date to be amended by substitution of the real date.

*Action to stand for trial.*

APPLETON, C. J., WALTON, DANFORTH, PETERS and LIBBEY, JJ., concurred.